UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRK DOUGLAS SIMS                                                  CIVIL ACTION

VERSUS

DEPT. OF CORRECTIONS, ET AL.                          NO. 25-00439-BAJ-RLB

RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 4, the "Report")** recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims and dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A. (*Id.* at 5). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

2

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 6th day of November, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**